IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | Case No.: 10-09054 SEK |
| --- | --- |
| MIREYA JIMENEZ | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 19th day of November of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

Case No. 10-09054-13

IN RE:
JIMENEZ, MIREYA
                Debtor(s)

Chapter 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 11/19/2010
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 275.00 x 12 = $ 3,300.00
$ 300.00 x 12 = $ 3,600.00
$ 390.00 x 36 = $ 14,040.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ 20,940.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 20,940.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,874.00

Signed: /s/ MIREYA JIMENEZ
        Debtor

        _____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR           Cr. ____        Cr. ____
# 71010014819950   # ____          # ____
$ 1.00             $ ____          $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. RG MORTGAGE CORP   Cr. ____    Cr. ____
# 1344828              # ____      # ____
$ 10,000.00            $ ____      $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____           Cr. ____        Cr. ____
# ____             # ____          # ____
$ ____             $ ____          $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
               ☐ Paid 100% / ☐ Other: ____
Cr. ____           Cr. ____        Cr. ____
# ____             # ____          # ____
$ ____             $ ____          $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

ADEQUATE PROTECTION FOR RG PREMIER FOR $100.00

Attorney for Debtor Jose Prieto                Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-09054-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Fri Nov 19 10:46:21 AST 2010 | GE MONEY BANK (JCPENNEY CREDIT SERVICES)<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | R&G MORTGAGE CORPORATION<br>CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO SANTANDER<br>P O BOX 362589<br>SAN JUAN, PR 00936-2589 | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 |
| CITI BANK<br>P O BOX 364106<br>SAN JUAN, PR 00936-4106 | CitiFinancial, Inc<br>P.O. Box 70919<br>Charlotte NC 28272-0919 | Citifinancial Plus<br>Po Box 499<br>Hanover, MD 21076-0499 |
| DEPT HACIENDA DE PR<br>P O BOX 9024140<br>SAN JUAN, PR 00902-4140 | Department Stores National Bank/Visa<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Gemb/jc Penney Pr<br>Credit Card Bank Of Ga<br>Albuquerque, NM 87125 |
| IRS<br>P O BOX 21125<br>PHILADELPHIA, PA 19114-0325 | R&G MORTGAGE CORPORATION<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>P.O. BOX 9023593<br>SAN JUAN, PR 00902-3593 | RG MORTGAGE CORP<br>P O BOX 362394<br>SAN JUAN, PR 00936-2394 |
| SEARS<br>P O BOX 6241<br>SIOUX FALLS, SD 57117-6241 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MIREYA JIMENEZ<br>740 CALLE 14<br>BO OBERO<br>SAN JUAN, PR 00915-3916 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20